## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TRACY TRINETTE CALLOWAY**                                           **PLAINTIFF**
**ADC #705718**

**v.**                              **Case No. 4:24-cv-00446-LPR-BBM**

**EYVONNE KIRK, et al.**                                              **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 17). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1.      Plaintiff may proceed, for now, on her medical-deliberate-indifference claim against Defendant Kirk in her individual capacity.[1]

2.      Plaintiff's claim against Defendant Wellpath is DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3.      The Clerk is directed to TERMINATE Defendants Cicely Moore, Maria Lane, Angeleen Carter, and Wellpath as parties to this action.

IT IS SO ORDERED this 31st day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court emphasizes that this is a screening decision only. It is made without the benefit of adversarial argument. A strong motion to dismiss could end up changing the Court's mind as to whether Plaintiff has stated a viable medical-deliberate-indifference claim against Defendant Kirk.